```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         CENTRAL DISTRICT OF CALIFORNIA
10
11  MARSHA BRANDON,                    )   NO. CV 13-7613-PSG(E)
                                       )
12            Plaintiff,               )
                                       )
13       v.                            )   ORDER ACCEPTING FINDINGS,
                                       )
14  LOS ANGELES COUNTY SHERIFF         )   CONCLUSIONS AND RECOMMENDATIONS
    DEPARTMENT "DEPUTY MORALES,"       )
15                                     )   OF UNITED STATES MAGISTRATE JUDGE
                                       )
16            Defendants.              )
    _____)
17
```

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  First Amended Complaint, all of the records herein and the

20  attached Report and Recommendation of United States Magistrate

21  Judge.  Further, the Court has engaged in a <u>de novo</u> review of

22  those portions of the Report and Recommendation to which any

23  objections have been made.  The Court accepts and adopts the

24  Magistrate Judge's Report and Recommendation.

25

26       IT IS ORDERED that Judgment shall be entered dismissing the

27  action without prejudice.

28  ///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2  of this Order and the Judgment of this date on Plaintiff.

4  DATED: July 14, 2014

                                    _____
                                         PHILLIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE