**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARSHA BRANDON, | ) | NO. CV 13-7613-PSG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT "DEPUTY MORALES," | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 3, 2016.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE