UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA BRANDON,<br><br>        Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT "DEPUTY MORALES,"<br><br>        Defendant. | NO. CV 13-7613-PSG(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____6/12_____, 2017.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE